## (October 25, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAUL ARIAS, Appellant.—Appeal from judgment, Supreme Court, Bronx County, rendered on July 12, 1977, which was held in abeyance pending remand for a full competency hearing to determine the mental capacity of the defendant at the time of trial and at the time of sentencing (order of this court entered on July 3, 1979) dismissed. The defendant has not made himself available to the jurisdiction of the court (cf. *People v Parmaklidis,* 38 NY2d 1005). Defendant has served this sentence. Diligent attempts to locate the defendant by both defense counsel and the office of the District Attorney have not been successful. Concur—Murphy, P. J., Kupferman, Fein, Lane and Lynch, JJ.

■ RAPHAEL, SEARLES, VISCHI, GLOVER & D'ELIA, Respondents, v JOSEPH MULLER CORPORATION ZURICH, Appellant.—Order, Supreme Court, New York County, entered on May 3, 1979, unanimously affirmed for the reasons stated by Nadel, J., at Special Term. Respondents shall recover of appellant $50 costs and disbursements of this appeal. Concur—Fein, J. P., Sandler, Markewich and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IRVING ELLINGTON, Appellant.—Judgment, Supreme Court, New York County, rendered on October 31, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Fein, J. P., Sandler, Bloom, Markewich and Silverman, JJ.